UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-00282-FL-7

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRONE RICARDO LAWRENCE | ORDER TO SEAL |

On motion of the Defendant, TYRONE RICARDO LAWRENCE, and for good cause shown, it is hereby ORDERED that DE [890] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 3rd day of May, 2019.

_____
The Honorable Louise Wood Flanagan
United States District Court Judge