UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-282-FL-7

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRONE RICARDO LAWRENCE | ORDER TO SEAL<br>REPLY TO RESPONSE TO MOTION FOR<br>SENTENCE REDUCTION UNDER THE<br>FIRST STEP ACT OF 2018 |

On motion of the Defendant, Tyrone Ricardo Lawrence, and for good cause shown, it is hereby ORDERED that DE [902] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 29th day of May, 2019.

_____
The Honorable Louise Wood Flanagan
United States District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461

and

JANE JACKSON
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461

USANCE-FIRSTSTEPACT2018@USDOJ.GOV

By email on May 28, 2019.

    G. ALAN DUBOIS
    Federal Public Defender

    /s/ Sherri Royall Alspaugh
    SHERRI ROYALL ALSPAUGH
    First Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    150 Fayetteville Street, Suite 450
    Raleigh, North Carolina 27601
    Telephone: 919-856-4236
    Fax: 919-856-4477
    E-mail: Sherri_Alspaugh@fd.org
    N.C. State Bar No. 17581
    LR 57.1 Counsel Appointed