UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION

NO. 5:08-CR-00282-FL-7

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| TYRONE RICARDO LAWRENCE | |

On motion of the Defendant, TYRONE RICARDO LAWRENCE, and for good cause

shown, it is hereby ORDERED that DE [909]  be sealed until further notice by this Court.

IT IS SO ORDERED.

This the  12th day of June, 2019.

_____
The Honorable Louise Wood Flanagan
United States District Court Judge